IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOYCE MAYTON CRAMER,

            Plaintiff,

v.                                   Civil Action No. 2:14-cv-16227

ETHICON, INC., et al.,

            Defendants.

**MEMORANADUM OPINION AND ORDER**

On December 2, 2020, I entered an order directing plaintiff to show cause on or before January 2, 2021, why this case should not be dismissed as to Ethicon, Inc. and Johnson & Johnson for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure.

Plaintiff has not responded to the Shown Cause Order. The court **ORDERS**, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Civil Procedure and after weighing the factors identified in *Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989), that Ethicon, Inc. and Johnson & Johnson are dismissed without prejudice. No defendants remain, and the court **DIRECTS** the Clerk to dismiss the case and strike it from the active docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                ENTER:        January 11, 2021

                                JOSEPH R. GOODWIN
                                UNITED STATES DISTRICT JUDGE